# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 5/2/2023   30 min)
**DOCKET No. CR-** 21-556

**DEFENDANT:** Jean Gamarra   **DEF. #**
Present on supervised release

**DEFENSE COUNSEL:** Evan Sugar stand by legal counsel
Federal Defenders

**A.U.S.A.**:   OREN GLEICH
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Kristin ALperti
COURT REPORTER/FTR LOG: Marie Foley      DEPUTY: KM

| | | | |
|---|---|---|---|
| ☐ | Allocution | ☐ | Status Conference |
| ☐ | Arraignment | ☐ | Revocation of Probation |
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Initial Appearance |
| ☐ | Revocation of Supervised Release evidentiary | ☒ | Revocation of Supervised Release non-evidentiary |
| ☒ | Telephone Conference | | |
| ☐ | Detention hearing | ☐ | Bond hearing |
| ☐ | Motion Hearing Non Evidentiary | ☐ | Plea Agreement Hearing |
| ☐ | Video Conference | | |
| ☐ | Other Evidentiary Hearing Contested   TYPE OF HEARING_____ | | |

**SHOULD THIS CALENDAR BE SEALED?**  ☐  YES   ☒  NO

**Do these minutes contain ruling(s) on motion(s)?**  ☐  YES   ☒  NO
Motion(s) Type and Document # of Motion Ruled On:

☒ Case called.
☒ Counsel for all sides present.
☐ Defendant is informed of his/her rights.
☐ Defendant's first appearance and arraigned.
  ☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
☐ Defendant waives public reading.
☐ Defendant enters a plea of not guilty to the Choose an item..
☐ Set Status Conference for  Click or tap to enter a date. in-person
☐ Motion to exclude time through Click or tap to enter a date. . Motion granted, order executed

EXCLUDABLE DELAY CODE TYPE: Choose an item.
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: Click or tap to enter a date.
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP: Click or tap to enter a date.
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐ Motion for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Medical Evaluation Order entered.
☐ Motion schedule set:

☐ Hearing held.
    ☐ Witness(es) sworn, testimony heard.    ☐ Exhibits entered.
    ☐ Hearing Continued to:    ☐ Hearing Concluded.
    ☐ Ruling on the record.    ☐ Decision Reserved.
☒ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER:.   Representatives from the VA present: Dr. Tania Weinberg. Defendant is complying with treatment and having positive results.  Defendant will be released from hospital and continue treatment. A status update will be submitted.  Order will be entered by the court.
☐ Defendant continued:  ☐ in custody    ☐ on bond